

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2014

No. 04-14-00192-CV

**IN THE INTEREST OF S.L., J.L., G.L., G.S., A.S., AND G.S., CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01014
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    Appellant's agreed first motion to extend time to file brief is hereby GRANTED. Appellant's brief is due on or before May 27, 2014. Because this is an accelerated appeal from an order terminating parental rights, no further extensions of time will be granted.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court